# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHN DOE** | ) | |
| | ) | Case No. |
| v. | ) | 17-cv-748 |
| | ) | |
| **COLUMBIA COLLEGE CHICAGO, et. al.,** | ) | JUDGE |
| | ) | |
| Defendants | ) | |

### Order Granting Plaintiff's Motion to Allow the Parties to Use Pseudonyms

Upon Motion and for good cause shown, it is *ordered*: (a) Plaintiff will be referred to as Doe; (b) the female Defendant in this case – Jane Roe - shall be referred to as Roe; (c) Columbia College Chicago students involved in this proceeding will be referred by their first name only; and (d) Parties will file under seal with this Court un-redacted copies of any redacted exhibits attached to any court filing.

*It is so ordered.*

_____
THE HONORABLE JUDGE

_____
Date

Respectfully submitted,
Attorney for John Doe

By: /s/ Chard Nold

Chad Nold, One of Plaintiff's Attorneys
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Cook County No. 51967


/s/ Eric J. Rosenberg– pending *Pro Hac Vice*
Eric J. Rosenberg (0069958)
Tracy L. Turner (0069927)
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, OH 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com
tturner@rosenbergball.com