UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

John Doe
                       Plaintiff,

v.                                        Case No.: 1:17−cv−00748
                                                Honorable Amy J. St. Eve

Columbia College Chicago, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2017:

    MINUTE entry before the Honorable Amy J. St. Eve: Initial status hearing set for 3/13/17 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a joint status report by 3/8/17 as set forth in the Initial Status Conferences procedure. If the defendant has not been served as of 3/8/17, the Court will continue the filing date for the joint status report until the defendant is served. If the defendant files a motion to dismiss prior to the filing of the joint status report, the Court will continue the filing date for the joint status report until after the Court rules on the pending motion. Plaintiff's motion to allow the parties to use pseudonyms [4] is granted. It is ordered that plaintiff will be referred to as Doe; the female defendant in this case – Jane Roe – shall be referred to as Roe; Columbia College Chicago students involved in this proceeding will be referred by their first name only; and parties will file under seal with this Court un−redacted copies of any redacted exhibits attached to any court filing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.