**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division**

John Doe
                            Plaintiff,

v.                                                     Case No.: 1:17−cv−00748
                                                                   Honorable Amy J. St. Eve

Columbia College Chicago, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 8, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 2/8/2018 and continued to 4/10/18 at 8:30 a.m. Jane Roe's motion to strike [67] is entered. Response by 2/20/18. Reply by 2/27/18. Written discovery shall be issued by 2/23/18. Parties shall submit (not file) an agreed confidentiality order, the link for which can be found on Judge St. Eve's web page. Fact discovery shall be completed by 8/31/18. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.