UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN DOE, )
)
    Plaintiff, )
)  Case No. 17-cv-748
v. )
)  Judge Amy St. Eve
COLUMBIA COLLEGE CHIGAGO )
  et al., )
)
    Defendants. )

### Affidavit of Eric J. Rosenberg

STATE OF OHIO     :
                    : SS,
COUNTY OF LICKING  :

I, Eric J. Rosenberg, after being first duly cautioned and sworn according to law do hereby depose and state the following:

1. I am an attorney for Plaintiff John Doe ("Doe") in proceedings against Defendant Jane Roe ("Roe").

2. At no time have I ever refused a meet-and-confer request by Roe's attorney Michael Lieber ("Lieber").

3. During my phone conversations with Lieber, he has never expressed a compromise position regarding his demands related to Doe's Answer to Roe's Counterclaim.

4. During two different phone conversations, Lieber told me that if Doe did not accept Roe's proposal for settling their claims, Roe would likely begin publicly discriminating Doe's real name.

Further Affiant Sayeth Naught,

_____
Eric J. Rosenberg

Sworn to before me and subscribed in my presence this 28th day of February, 2018.

_____
Notary Public

DAVID T. BALL, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

Exhibit 1