# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

John Doe,

Plaintiff(s),

v.

Columbia College Chicago and Jane Roe,

Defendant(s).

Case No. 17 C 748
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Columbia College Chicago and Jane Roe
and against plaintiff(s) John Doe.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on motions to dismiss and the parties' voluntary dismissals disposing of all remaining claims as to all parties.

Date: 4/24/2018                    Thomas G. Bruton, Clerk of Court

                                    Katie Franc, Deputy Clerk